IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| FERRING B.V., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5909 |
| | : | |
| MYLAN PHARMACEUTICALS INC., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this  21st  day of August, 2014, upon consideration of the Defendant Mylan Pharmaceuticals Inc.'s Motion to Transfer this Action to the U.S. District Court for the Northern District of West Virginia Pursuant to 28 U.S.C. § 1404 (a) (Doc. No. 53), and Ferring B.V.'s Opposition to Mylan Pharmaceuticals Inc.'s Motion to Transfer (Doc. No. 56), it is hereby **ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for its costs and fees in connection with this motion is **DENIED**. Additionally, the parties' requests for oral argument are **DENIED**. See E. D. Pa. Loc. R. 7.1(f) (stating that the court may dispose of a motion without oral argument).

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE