IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERRING B.V., :<br>:<br>Plaintiff and :<br>Counterclaim-Defendant, :<br>:<br>v. :<br>:<br>MYLAN PHARMACEUTICALS INC., :<br>:<br>Defendant and :<br>Counterclaim-Plaintiff. : | CIVIL ACTION<br><br>No. 13-5909 |

**O R D E R**

**AND NOW**, this 25th day of November, 2014, it is hereby **ORDERED** that the following claim construction is adopted:

> The claim term "modified release material" is to be construed to mean "a material that modifies the release of the active pharmaceutical ingredient."

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE